USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,          :          11-Cr-861 (SHS)

    -v-                                                :          <u>ORDER</u>

ARTHUR THOMASON,                       :

          Defendants.              :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received defendant's request for early termination of supervised release [Doc. No. 26]. Accordingly,

    IT IS HEREBY ORDERED that the government and the U.S. Probation Office are directed to provide their views on defendant's request for early termination of supervised release on or before September 2, 2020.

Dated: New York, New York
         August 26, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.