UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 11-Cr-861 (SHS) |
| -v- | : | ORDER |
| ARTHUR THOMASON, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    The Court having received defendant's *pro se* motion for early termination of supervised release [Doc. No. 26], and having been advised that the U.S. Probation Office and the government have no objections to the motion,

    IT IS HEREBY ORDERED that defendant's motion for early termination of supervised release is granted.

Dated:  New York, New York
        September 1, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.